955 A.2d 346

**David ROUSE, Petitioner**

**v.**

**Thomas CORBETT, Attorney General for the Commonwealth of Penna, James T. Wynder, Superintendent at S.C.I. Dallas, 1000 Follies Road Dallas, PA 18612, Respondents.**

Supreme Court of Pennsylvania.

Aug. 15, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of August, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**